IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AMIR FATIR, | § | |
| | § | No. 238, 2021 |
| Petitioner Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| CLAIRE DEMATTEIS, | § | |
| COMMISSIONER, D.O.C., | § | C.A. No. N21M-03-098 |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted:  August 13, 2021
Decided:  September 8, 2021

## **ORDER**

On July 28, 2021, the appellant, Amir Fatir, filed a notice of appeal from the Superior Court's March 22, 2021 order denying his petition for a writ of habeas corpus.  Under Supreme Court Rule 6, a timely notice of appeal should have been filed on or before April 21, 2021.  On July 28, 2021, the Chief Deputy Clerk issued, by certified mail, a notice directing Fatir to show cause why his appeal should not be dismissed as untimely filed.  Fatir received the notice to show cause as evidenced by the undated return receipt that was filed with the Court on August 2, 2021.  A timely response to the notice to show cause was due on or before August 12, 2021.  To date, Fatir has not responded to the notice to show cause.  Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court

Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice